# EXHIBIT A

## TONYA GAY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Janet Jackson | What About | The Velvet Rope | 261-516 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Whenever Wherever Whatever | Maxwell's Urban Hang Suite | 221-404 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | In The Closet | Dangerous | 178-165 |
| Arista Records LLC | Kenny G | What A Wonderful World | Classics In The Key Of G | 289-898 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |