**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,

Plaintiffs,

v.

TONYA GAY,

Defendant.

Civil No. CA 06-243ML

Judge Mary M. Lisi

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ELEKTRA ENTERTAINMENT GROUP, *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its/his/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully submitted,

Dated: 11/16/06

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served upon Tonya Gay, 76 Osborn St., Apt. 1, Providence, RI 02908 by United States mail, properly addressed and postage prepaid, on this __16th__ day of November, 2006:

/s/ James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)